IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ) ESI, INC. OF TENNESSEE, ) ) Defendant. ) | CIVIL ACTION FILE NO. 1:11-cv-2677-JOF |

## STIPULATION OF DISMISSAL

Plaintiff Illinois Union Insurance Company (hereinafter "Illinois Union") and defendant ESI, Inc. of Tennessee (hereinafter "ESI"), through their respective attorneys of record and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate and agree that the above-styled lawsuit be dismissed *without prejudice*. Each party shall bear their own costs.

Respectfully submitted, this 30th day of September, 2011.

| | |
|---|---|
| __s/ Ruth M. Pawlak_____ | __s/ Shattuck Ely_____ |
| WAYNE D. TAYLOR | SHATTUCK ELY |
| Georgia State Bar No. 701275 | Georgia State Bar No. 246944 |
| RUTH M. PAWLAK | MEGAN HALEY |
| Georgia Bar No. 045810 | Georgia State Bar No. 113406 |
| MOZLEY, FINLAYSON & LOGGINS LLP | FELLOWS LABRIOLA LLP |
| One Premier Plaza, Suite 900 | Peachtree Center |
| 5605 Glenridge Drive | Suite 2300 South Tower |
| Atlanta, Georgia 30342 | 225 Peachtree Street, N.E. |
| | Atlanta, Georgia 30303-1731 |

Tel:  (404) 256-0700  
Fax: (404) 250-9355  
wtaylor@mfllaw.com  
rpawlak@mfllaw.com  

*Attorneys for Plaintiff Illinois Union Insurance Company*

Tel:  (404) 586-9200  
tely@fellab.com  
mhaley@fellab.com  

*Attorneys for Defendant ESI, Inc. of Tennessee*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ILLINOIS UNION INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION FILE ) NO. 1:11-cv-2677-JOF ) |
| ESI, INC. OF TENNESSEE, | ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing **STIPULATION OF DISMISSAL** using the Court's CM/ECF System, which will automatically send a copy of same to the following counsel of record:

Henry D. Fellows, Jr., Esq.
Shattuck Ely, Esq.
Megan C. Haley, Esq.
FELLOWS LABRIOLA LLP
Peachtree Center
Suite 2300 South Tower
225 Peachtree Street, N.E.
Atlanta, Georgia  30303-1731
hfellows@fellab.com
tely@fellab.com
mhaley@fellab.com

This 30th day of September, 2011.

/s/ Ruth M. Pawlak
RUTH M. PAWLAK
rpawlak@mfllaw.com

3